UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TERI HALL,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN WASHINGTON UNIVERSITY,<br><br>Defendant. | NO. 2:26-cv-02684<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Teri Hall, by and through her undersigned counsel, voluntarily dismisses her claims without prejudice against Defendant pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment to Plaintiff's Complaint.



**MBE LAW GROUP PLLC**
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
(206) 400-7722

DATED this 6th day of August, 2026.

**MBE LAW GROUP PLLC**

s/ *Lisa Burke*________________
Lisa Burke, WSBA No. 42859

s/ *David Martin*______________
David Martin, WSBA No. 38325

1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: 206.400.7722
Facsimile: 206.400.7742
Email: lburke@mbelg.com

*Attorneys for Plaintiff Hall*

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

Cody Fenton, WSBA No. 47879
Office of the Attorney General
Torts Division
800 5th Ave., Ste. 2000
Seattle, WA 98104
Direct: 206.341.7330

Email: Cody.Fenton@atg.wa.gov

*Attorneys for Defendant*

☐ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: ______________________

DATED this 6th day of August, 2026.

*/s Lisa Burke*______________________
Lisa Burke



**MBE LAW GROUP PLLC**
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
(206) 400-7722